# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LEBOON, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| DS WATERS OF AMERICA, INC. | : | |
| and COLLECTION BUREAU | : | |
| OF AMERICA, LTD. | : | |
| *Defendant*s. | : | NO. 20-5268 |

## ORDER

AND NOW, this 16th day of February, 2021, having considered Defendants' Motion to Dismiss (ECF No. 8), Plaintiff's response in opposition (ECF No. 9), and Defendants' reply (ECF No. 10), it is ORDERED Defendants' Motion to Dismiss is DENIED as moot. It is FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE for want of subject-matter jurisdiction.

Plaintiff may file an amended complaint within 21 days of this Order. *See* Fed. R. Civ. Pro. 15(a)(2). Accordingly, if Plaintiff chooses to file an amended complaint, he shall do so on or before **March 9, 2021**.

BY THE COURT

/s/ Chad F. Kenney
**CHAD F. KENNEY, J.**