# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LEBOON, | : | CIVIL ACTION |
|     *Plaintiff*, | : | |
| v. | : | |
| | : | |
| DS WATERS OF AMERICA, INC. | : | |
| and COLLECTION BUREAU | : | |
| OF AMERICA, LTD. | : | |
|     *Defendant*s. | : | NO. 20-5268 |

## ORDER

AND NOW, this 30th day of March, 2021, having considered Defendants' Motion to Dismiss (ECF No. 15), Plaintiff's response in opposition (ECF No. 18), and Defendants' reply (ECF No. 19), it is ORDERED that Defendants' Motion to Dismiss is GRANTED. Plaintiff's Amended Complaint (ECF No. 13) is hereby DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to close the above-captioned matter.

                                                                                                 BY THE COURT

                                                                                                 /s/ Chad F. Kenney
                                                                                                 **CHAD F. KENNEY, J.**